# Exhibit A

A                                                                                    ME
            M   E   A   M      AM    E     E        A         A

**RFP PART 1 – CONTRACT FORMS AND DOCUMENTS**

**NAVFAC Solicitation No.:**
**Title:**            ME            x
**Location of the Work:** M  ri     r                    d  t      i  r i

**ATTACHMENTS:**
    A        h  i                rt
            r
        r   h  d
        r   i  i              rt
    E    EE   i  it ti  M  d        d  r    i  tr ti     id
                    t r  i  ti
        it   i  it  ir  ti

**1.  DESCRIPTION OF WORK**
    h   r      thi      t  r  r            i  rth d  i    d      tr  ti
        b   t  i  ti    tt i          M  ri  Ex  diti    r    it  ME          x  i  th
    Ar    M  ri     r        M              d  t    r              i  iti   i    d
    d  i  i  tr  ti       r      t    r  i  ti      i  t              i  ti    d    tr  i
    t      i  tr      i  iti        d  r  i    d      d    xt  ri  r    d
    r    h   r    t  i   r   id  thr      ri   r  b  i di            i  t  b  tt  i
    h   d    rt  r  b  i di    t   h    b  th        d        d  i  i  tr  ti    d  i  tit  ti
            t    d  t    d  di  t  d    r  t  r   i  t          r   h    b  i di              r
        h  b  tt  i    h   r    t  i  d    i  h  t        i  iti    rr  t      th  r   t  it   t
    i    d    i  di            r    t      d              d  i   d    i  h  th
        i          i  iti   d      t  t  th   r    t  it   i  di

                d

    h    rth A   ri      d  tr      i  i  ti    d    t      d  i          d  th   r  d  t
    r  i    d   i          tr  ti   Mi              i  di

**BASE ITEM 0001**
    ir   ix  d  ri              r   i      id      r   t  i      r
                        ME      x  t  M        d  t    i  r  i  i   d
    d  i      tir  r  t      i  di      tt  i      d    r  t  r  Ad  i  i  tr  ti      i  it    d
    t      r  t  r  M  i  t        i  iti    it    i  t  d  i      t        d   ti   t
            d    d  tr   ti      tt  i      d    r  t  r  Ad  i  i  tr  ti     i  it   i  th
        i  t  d  i  t  i  r      t    t  i  iti    r  i    d   r  t  d        t    r  i  i
        it    t  r   b   r  i   t  d    t  r  i  t  r  i  d        t   d   b   i  it
            r  d  i    d    r  t  i  i  ti    r  th  t      r  t  r  M  i  t          i  iti   r  i
    i   d      i  i  d  t  r  t  d   r  t        r  t  th  d  i   d      tr  ti  i   di     r   it
    ti  it          ti        t  x   b  d    t    r  h  d    d  r  it      t  i      r  d      i  th

A                                                ME

    M  E  A  M    AM  E   E    A      A

th        d  A  d   t  b  t  ti   di    r  i di t d r    i i d t  b  r  i d d
 d  r      th r bid  it

 h   ri  d    r  r              th  r  ti        d r d   i   d    d    r
bid b  d  r   th d  t         rd r         rd

## OPTION ITEMS

**Option Item 0001:**       r    tr  ti       r t r M i t      i iti    r         i th
     i t d i t i  r     t   ti iti   r i     h r      d  r  t d       t
      r  i  i      it    tr    b  r   i   t  d  t r i  t  r id       t  d
     b    i  it   ri  i  d    i i d t  r  t d  r  t    r t th    tr  ti  i  di
    r  i t  ti  it     ti     t x  b  d  t  r h  d  d  r  it      t  i
        r d    i th th       d  A  d   t  b  t  ti   di    r  i di t d r    i i d
t  b  r  i d d  d r     th r bid it

**Option Item 0002:**       r    tr  ti       r t r M i t      i iti    r         i th
     i t d i t i  r     t   ti iti   r i     d  r  t d        t    r i i
     it   tr    b   i   t  d  t r i  t  r id       t  d  b    i i t
   ri  i  d    i i d t  r  t d  r  t    r t th    tr  ti  i  di    r  i t  ti it
        ti     t x  b  d  t  r h  d  d  r  it       t  i    r d     i th th
    d  A  d   t  b  t  ti   di    r  i di t d r    i i d t  b  r  i d d  d r
th r bid it

**Option Item 0003:**       r  r    i iti              i  d      b  r  i    t
    d   t r i  t  r  i d d i    d    tr  ti   r t    r  r    i iti    r th        t
         d       d     t       d r i  th     d r ti      tr  ti      t
    d r d  r  i    r d     i th th       d      d   t  b  t  ti   di    r
i  di t d r    i i d t  b  r  i d d  d r     th r i   it

**Option Item 0004:**       i ti    Exi ti    i iti           i  d      b  r
     i   t  d   t r i  t  d    i h d h  r d     t r i  r   di ti    th      i
   xi ti     i iti    t d  r t h   th  r  t   tr  ti  it
                      d          hi   r    t b  r  r d  t i d    i r t r
bird   ti           b r  r  t   A   t i    r d     i th th         d
     d   t  b  t  ti   di    r  i di t d r    i i d t  b  r  i d d  d r     th r
i  it

**Option Item 0005A:**  r   t  i t      r t          Ad  i    i t
 i  d     b  r  i    t  d   t r i  t  r  i d d i    d    tr  ti   ti i i
 r    t t i t    r t    i  i      r t      r  it  M  t    Ad  i      i it
        t      d  i    r d     i th th       d      d   t  b  t  ti   di
    r  i di t d r    i i d t  b  r  i d d  d r     th r i  i    it

**Option Item 0005B:**  r   t  i t      r t          r t r M i t      i i t   r
                 i  d      b  r  i    t  d   t r i  t  r  i d d i    d

A                                                                    ME

M  E  A  M        AM  E      E        A            A

tr ti  tii i   r  ttit      rt    i  i        r t      r  it M  t
r tr r M i t        iit  r          ti  t        di    rd      ith th
d        d    t b t  ti   di    r idi t d r    i i d t b  r id d  r
th r i  it

**Option Item 0005C:**  r   t  it      r t        r tr r M i t        iit  r
i  d    b r  i  t  d  t r i t  r id d i    d
tr ti  tii i   r  ttit      rt    i  i        r t      r  it M  t
r tr r M i t        iit  r          ti  t        di    rd      ith th
d        d    t b t  ti   di    r idi t d r    i i d t b  r id d  r
th r i  it

**Option Item 0006:**      it   t   r   t r    di i ti    r r  rd t r i ti
r        th d tr  t   t  d di              t r i      t i i M d   r
d    r t d  b r   i   t  d  t r i t  r id    tr ti  i  di b  d
t    rh d   d  r it        t i    rd      ith th      b  t  ti   di      r
i di  t d r    i i d t b  r  id d   d r      th r bid it

**Option Item 0007:**      it   t   r   t r    di i ti    r r  rd t r i ti
r        th d tr  t   t  d di          i  r  t        b  t    t i i
t r i        d    r t d  b r   i   t  d  t r i t  r id    tr ti
i  di b  d  t    rh d   d  r it        t i    rd      ith th      b  t  t
i  di    r idi t d r    i i d t b  r  id d   d r      th r bid it

**Option Item 0008:**      it   t   r   t r    di i ti    r r  rd t r i ti
r        th d tr  t   t  d di              b  t    t i i    t r i        d
r t d  b r   i   t  d  t r i t  r id    tr ti  i  di b  d  t
rh d   d  r it        t i    rd      ith th      b  t  ti   di    r idi t d
r    i i d t b  r  id d   d r      th r bid it

**Option Item 0009:**      it   t   r   t r    di i ti    r r  rd t r i ti
r        th d tr  t   t  d di              rd    i  t    t i i    t r i
d    r t d  b r   i   t  d  t r i t  r id    tr ti  i  di b  d
t    rh d   d  r it        t i    rd      ith th      b  t  ti   di      r
i di  t d r    i i d t b  r  id d   d r      th r bid it

**Option Item 0010:**      it   t   r   t r    di i ti    r r  rd t r i ti
r        th d tr  t   t  d di          r   t i ht b   t    h        d
r t d  b r   i   t  d  t r i t  r id    tr ti  i  di b  d  t
rh d   d  r it        t i    rd      ith th      b  t  ti   di    r idi t d
r    i i d t b  r  id d   d r      th r bid it

**Option Item 0011  FURNITURE, FIXTURE, AND EQUIPMENT (FF&E)**
h    E  ti  t      ti  d th   r h    di t  ti        E  d    t  r
i    t id ti i di th  i      E  b itt      th    tr ti      tr  t r
r   d    di    d A d  i i tr ti    t   A      ri  th   r  r        th

A                                                                                    ME
            M  E  A  M        AM    E      E        A            A

    tr ti        r xi  t    i          th  rir  d    t r th    ix        th  rir
t    tr ti        ti  th    tr ti      i r  t  di th    t    rd th      E
    ti    t  b  d    th    r  d i        E  b itt      d  r d b  th    A  A
    t r i r    i    r

**Option Item 0012  AUDIO/VISUAL EQUIPMENT (A/V)**

    h  A    ti    t        ti  d  th    r h    di  t  ti        A  E i    t
id  ti i d i th  i    A    b itt        th    tr ti        tr  t  r  r      d    d i
    d Ad i i tr ti    t    A    r i th    r  r        th    tr ti
    r xi  t    i          th  rir  d    t r th  ix        th  rir t      tr  ti
        ti  th    tr ti      i r  t  di th    t    rd th A    ti    t
b  d    th    r  d i  A    b itt      d  r d b  th    A  A  E  tri  E i    r

**OPTIONS FOR FURNITURE, FIXTURES, AND EQUIPMENT (FF&E) AND/OR AUDIO VISUAL (AV)**

    h  t  t    ti  t d b  d  t        t  r  ti      r    E  d r A  h  b    id  t i i d
    t  r  id      r r  i th  th  r    t  d    i t  d        r t  r    E  d r A    h  t  t
    ti    t d b  d  t        t  r th    ti      r    E  d r A  i    d  th    t      t
    th    E  d r A  i    di    r i ht  di  t    ti    h  r    d  th  ri
    tr  t  r    d    d i    d Ad  i i tr ti    t    A  h  t        E  d  r
A    d t A    t  E ti  t  d    h  b    t r d b  th      r    t    h      E  d  r
A    d t A    ti        ti  t  d      t  h    tr  tr  i b  i    th  i
b  d  t      tt  d i    th      E  d r A        t  d r i  th  d i    h      r th
    E  d A

    r  r    r        A    r th    ti      r    E  d r A    tt  x  d
hi    i      t  r    d i i tr ti    t    r h  d  d i i tr ti
b    tr  t  r  i t  d      th r  t      i t  d  i th  d r  t  d t  th    rd i  ti
    d r  i      th  r  r    t  d i  t  ti        E  d r A    h  r    d
A    r  t    i b  i    r  r t di  t  th      d i    t b  d  t  d r    r d
    t  ti    r  th  ti  t d b  d  t        t  r    E  d r A    h  r      d  A
i    ix  d  r  t

    x  r  i  d  th    i    i t    i  b    d  d    r  t    t  r        ti        E  d  r
A    d i  r  i      t          E  d r A        d r  i  t      r  r i t
    d i    h  d  i      r th      E  d r A  i t    i    r  r    d    d  r th      t      r
    th  r    i  b    ti    i t          r  r        i i ti      r d  t  i          ti
    r    E  d r A

    h      r    ti    t  b  i  t d  t    x  r  i  th    ti      r    E  d r A    i
i t      h    d  th      r    t  h    t  x  r  i    th    ti      r    E  d r A
    th  r  ti    i    i t    i  b    r d  d      d i  i ti  t  th      h      tr  t  r
    r    d  A    i  b    i  d  t        d r    i  r    t    r th    ti      r    E
    d r A

h   i **1,170 calendar days** i   di   d   r b  d  b itt  r       rd

## 2. LOCATION

h        r r    i M            d t    i r i

## 3. RFP- TECHNICAL PACKAGE

hi    i   d  th     i  t  h  i   d    t  Att  h   t A

- rt
- rt

- rt
- rt
- rt

**Contractors must be registered as a Proposal Manager in the DoD PIEE Suite to receive the technical package. The PIEE Solicitation Module Vendor Registration Guide is provided as Attachment E to the RFP.**

## 4.  INQUIRIES

**omit Government POCs and Government POC information**

**All RFIs shall be submitted no later than 2:00 PM Pacific Standard Time (PST) on January 6, 2025, via email to carl.c.boudro.civ@us.navy.mil. Any RFIs submitted after the cutoff date may not receive a response.**

## 5.  SITE VISIT/PRE-PROPOSAL CONFERENCE

**A Pre-Proposal Conference (prior to the Site Visit) will be held via telecom on December 17, 2024 at 2:00 PM PST.**

**Phone Number:**
**Conference ID:**

**A Pre-Proposal Site Visit will be held at MCB Camp Pendleton, California on December 18, 2024 at 1:30 PM PST.**

**Date:**
**Time:**

A                                                                ME

    M  E  A  M      AM  E    E        A          A

**Location:**  rd   tt i   t    th M ri              r r   i di       A t
    d t    A

    r   r t          Att h  t   it  i it  ir ti    r dir ti   t th   it
i it    ti

**If you do not have Defense Biometric Identification System (DBIDS) Access, you will
require a Government escort.**      d  t h          A        i i t   t
    h  rd  t  h h  rd   i          i b     M      M d
    b r          r  i i  d th          tt d    ith t
A    E h ir  h r   ir      r   t E  rti i it d t        r   th d
th  it  i it  t th   A  A      r    t      t th  i it r  r i   t b th
M i    t   t r th      M      d  d    b r      t    rt   t
th  it  i it

    h            d d  tr  ir     r   t E  rt          ti  th
    r i   t  xt t th  it  i it   ti  b     M

**For any questions on the day of the Site Visit, please contact the Base Sponsor, LTJG
Leah Gordon, at (228) 617-4021.**

    h              i ri  it    diti    d        it   ti ti  d
    diti   A ti  th   r  i b i  d d i        rd d   r  t  thi
    i i t ti  A  rdi      r r r  d d x  t d t i   t th  it  h r th   r
    i b   r r  d

A   r  ti     r r  r  d i d th t thi  i it ti  i  r  i   h  d     it i
    d d i riti  b  th   tr  ti   i r     r i      d  t i i  d  r
    r  d r  r  ti  t th      d  t  d r  i t      h   d  t  i b
    i b

**CONTRACTOR VEHICLES:** A  i it r  r r  ir d t  h    id h t id  ti i  ti
    dri  r i     d  r r  tr  i tr  ti   r  hi  th t i  t r th  b

## 6.  PROPOSALS

**Proposal Due Date:**  r        t b   b  it t d    t r th

### 2:00 PM PST on February 4, 2025

A    r r r i  it d t   b  it th ir  r        ir  r r  ir d t  ti  th
    tr  ti   i r i  riti   it hi   h  r  t r r i t  thi   i   r ir d   t
    t  b i t  r    d d i     r th r  rti i ti   r thi

**During the solicitation of the procurement, and at the request of the Government via an
amendment, the contractor may be provided an opportunity to modify their price**

A                                                                                    ME
        M   E   A   M       AM   E    E       A           A

**submission. If requested, any modification to the price proposal will be limited to price only, unless otherwise noted within the amendment.**

**ELECTRONIC PROPOSAL SUBMISSIONS VIA PIEE SOLICITATION MODULE**

r  r       h  b   b itt d   tr i       i  th  EE   i it ti  M d    t
htt   i  b  i

**INSTRUCTIONS FOR ELECTRONIC SUBMISSION OF PROPOSALS ARE PROVIDED BELOW:**

r       h  b   b itt d   tr i       i  th     rt  t
     i it ti  M d   i  th  r   r    t  t  r t d E t  r ri  E  ir    t  EE     t d  t
htt   i  b  i

r  r  r i  tr  t d t    tr i       b it th ir     t  r    i  t         r t
i   r tt d i    rt b           t  r  t     ith   d  i  xt  i

i _____      t  r    h  i       ti

i _____      t  r    ri
         ir  d       t
             t  d   d i    d    r  h d   Att  h  t     ith
             d    t       d  t
         id   d i  th    t       th   r  ri  r          hi h  r
     i
         ibi it   t  r  i   ti        t  ti
         rr  t  E       r  i  tr ti
     r   t   b r A r     t    A
             t  d  r  i  i    r   r   t  ti      d   rti i  ti     A  r  i i
                 r   t  ti    rd i    rt  i            i   ti   d   id
             r   i       r  i    r E  i    t              d  r
     A  i  i ti          h  i     ri t A t  rd  r       r   t  ti    d
         i    r    E          d               i    r  r
         r   t  ti   E          Att  h  t
     r   t   b r A r     t    A

A  r d  thi      r          it  t  r     t  b  th      r    t  i    ti   t
th   i  bi it       d  A     t  i   rr d  ri  r t    rd i   th        i   d  b
r   r ti        r  r      tr    r i    ti  ti  t  th  r   t  it   h  b  t   r
     t  d  x      d  h     t  b  r i  b  r  d  b  th      r   t

**ADDITIONAL INFORMATION REGARDING THE PIEE SOLICITATION MODULE:**

**LATE SUBMISSIONS MAY NOT BE CONSIDERED.**

**TECHNICAL ASSUMPTIONS/QUALIFIERS/CONDITIONS**

A                                                    ME
        M   E   A   M      AM   E     E      A        A

A   rdi          i i r     diti      d  b  th     r r i it  r      th t d  i t  r
th     r    i r    t  i    t b bi di       th      r    t  h      r r i    t b
   tit  d t       it b    d   t   t b   d       i i r    diti       d  b th      r r i
it  r       hi h d  i t  r    th     r   i r    t   d  h  r          b i  i ib
   r   r d

## 7. DEFINITIONS

   h r      h          i di t  d      d t i d   r   r d    i  i r i    rt      r   d i t
   h  b     d r t d th tr  r    t th dr  i          i  thi    i i ti  i    d
        t t d th r i     h r    dir t d    r   i r d       r i t t d      r   d
        t     r  r d    i i r i    rt      r   d i t h  b   d r t  d th t th
dir ti  i r   i r    t     r i i      r    r   t     th    tr t i     i r i
i t d d        t t d th r i A     d h r i    r   i d d h  b    d r t   d t
   r i d d       t i      th t i    r i h d   d i  t   d

## 8. BASIS OF AWARD

   h  i t  t   th     r   t i t      t  d   r d r      i    r d      i th th    i r
        r t i t  r       r  i t t d i A       thi  i i t ti  i  t  b   t t  th  A
        r     t i    r

### BEST VALUE TRADEOFF (BVTO)

   h  r    d    i b     r d d t th r    i b     r r  i th th  r     d t r i d t
   r r    t th b  t     th  r      t d  t     t  th     r    t  r i    d th r
      t  r    i d r d           d t r i ti     t     th     r    t  h        t
      h    r r  th     r i    hi     t r   d r i  th     r i    hi      t r i
      r xi  t      t   r i  i th   r d

### RELATIVE IMPORTANCE OF EVALUATION FACTORS

     t  r    hi     ti  i   r xi  t      t   t r   r i    hi  r  rt
   r i   i  i r   i th    r r     r i  r    r    i d r d    ti      i
   t r     r     i t   r i r i i    hi h  t  i i i  t  di i i h th
   r i   r          r i r i t  t  th     r  t

### EXCHANGES

   h    r   t i t d t     t  r      d   r d      i th  t x h       i th
      r r   th r th  th     d  t d r th  r      i r  r i i ti          r th
      r    t r  r   th r i h t t     d  t x h     i  t r d t r i d b  th    tr ti
      i r t b     r   h r  r    hi i ti  r     h  d   t i th     r r b t
   t r  r    r i   d t  h  i    t  d i  t    r r th t r  id  r i   r  t r th  th
      tr t i     t  i  i t ti          b  r    t  d

## EVALUATION FACTORS

### Factor 1: Technical Solution

### (a) Solicitation Submittal Requirements

A                                                                                          ME
      M   E   A   M     AM    E     E        A         A

- A   d   i     tr  ti
- A  t   ti    r   i  ti    h
- E   tr  i        i ti   M i t         h
- t  r     Air r  r  d  r   i   it
- r  h t     r  i   E  i     t  h
- t  h
- tr  ti  E  i     t  h
- r  ti      hi    d    Ar
- t  r   Ar
- i  t  h   i iti

t   r   i   d   h i     ti   r   i  d    rt  th     r  r   r
b  itt      d ri  th   i  it ti   i  b   d  r   r   t r i   d t  h i
ti   r       h    r  r   ti   d     rd d   t   tit t   r r   t
i  th   r   t     t     th    t   r  i   d   h i     ti
r   d b  th   r  r i  it  r

A  r   d   t   d r i   d t  h i     ti   i  ti   d t  b   b  itt d  d
br   ht thr   h th   i   i d  r  d  r   r    rt  ti              t
i   r  h  d   i   b  itt  r  d  r   rt  th   t A  rd
i   t   i   r  h  d   i  d   t  r   t  b t  i  th   i i
r   t r  i   d   r

**(b) Basis of Evaluation**

h   r   t  i   t  th t  h i   ti   h   r  r   i  t th t  h i
ti   h  th  th r   r  r i  d d r  i  th   b  itt  r  i  r   t

h   r   t  i  t   r   ri   h   r   d  ti   r d i   i
it   ti   t  i  b   it   r  d t  r i  ti   it bi  it   th   it  d
t   r     r  d t  th  th r   r  r  r  ti  i    r  r   i d  r d
t  h i   b  t  it d   r  r   i d r d   d b  t  it d  d   r   r  r

r  r th t d  t   t   i i   b   i  i   r   ir   t  d r  t  r   i  t b
i ib   r   r d

A  b  itt   d  i   t d   t   tit t   t  b  th   r   t  th
t d d i   th  t  h i   ti   t  i d i  th  r r ti   b  itt d r
t  r  i  t bi di   th   r  t  d   r   t b   d i  th  t  d  i
thi  r  t

t   t   i   ti   r  t d i  th   r  r  ti   d   b   b  tt
h   d r i  th   t  i   r  h  d  i   t   r  t
hi  th r  i r   t  th

**Factor 2: Price**

A                                                                ME

    M    E    A    M      AM    E    E         A          A

**(a) Solicitation Submittal Requirements**

 ri  h   b   b itt d   th    r h d   i  d d ith    ith bid b  d
     r i  t th r  ir   t   th        i r t  b it bid b  d    r  i  t
th  r  ir   t   th        r  t i     r r  b  i  i  b i  r  t d

 h  ri   r     h  b   b itt d i    r t  i   r   th   h i   r      i
th  EE   i itt ti  M d       t d t htt   i  b  i  b th ti    d d t   t d i
th      d h  i   d

          A  i   d   r h d    h    r h d     t b      t d i  it   tir t
          i   di       d    t       d  t   d b  r th  i   t  r    th
             r r

          A  id   d i th    t      th   r     ri   r
          hi h   r i

          h   tr  ti   t i  it ti      i         r    t
          b  i  i    r th     r   t     r  rd       i    r
          i   ti   r  h   i   d    b  r  t d

**(b) Basis of Evaluation**

          h    r   t i    t th  ri  b  d  th     ti  ri   r  th
          i   it     t       d  ti  t        ri   r      th t
          x   d th   tr  ti   t i  it ti     r   t       b
          r  t d h t t   ri   i  b    t d i   rd   ith  A
          E   ti     ti   t i  d th    t      ti  t    d th  A
          r   E  d A  t

          **The Construction Cost Limitation (CCL) is $72,400,000 for Base Item 0001.**
          b  i  i    r th     r   t     r  rd       i    r
          i   ti   r  h   i   d    b  r  t d

          A   i  i b  r r  d b        r  r  th    i  t  h i   t
             r   ir d r    b  ri

             •     ri    r    d ri   r i di  r      t th
             •     ri    r    d ri   ith th    r   t E ti  t   E
             •     ri    r    d ri   ith  i  b h i t ri  i   r  ti
             •     ri    r    d ri   ith r   r    r   d
             •   r  ti  r  rt b t i  d r   th       tr   t A d it A
                 AA  r  th  r  t i d   i    r  ir d

## RESPONSIBILITY DETERMINATION DOCUMENTATION

A                                                                    ME
        M  E  A  M     AM   E     E        A        A


## 9.  BID BOND SUBMITTAL REQUIREMENTS

t  drd  r          id    d  h  bidd r h    r i h  bid    r  t    h      t
th  bid   r  t   h   b     r  t  th bid ri   r          hi h   r i
A          id   r  t

i r t   b  it   id   d    r  i t thr  ir    t   th   i i t ti      r   t i
        r r  r     b i r  t d          t b


## FAR 52.228-1 BID GUARANTEE (SEP 1996)

    i r t   r i h  bid    r  t  i thr  r r   d      t b th ti    t  r
    i  bid      b      r r   ti    th bid

b  h  bidd r h    r i h  bid    r  t  i th    r     ir     it  t    bid b  d
    rt d b    d     d  i i t r t r rti      t b t th      r  t   t
        rd r   rti i d h       hi r  h   i r r    b   tt r   r dit r   d r r   r
        rt   tr  r   ti     rt i b  d r  t    th    it d t t   h   tr ti    i r
i r t r  bid   r  t     th r th   bid b  d

                    bidd r            r  ti  b   t r th    i    bid    d
            th            bidd r    x   ti          tr  t  d      t   d b  d
        i   di        r   i r    r r i r     r    t    r   i r d b  th
        bid      t d

        h    t  th  bid    r  t  h   b        r  t  th bid ri   r
    hi h   r i

d   th            bidd r            t    it  bid b  th     r  t  i thi th   ri  d
    i i d   r  t    i t x   t       tr   t  d     t  r  r i h x  t  d
b   d   i thi    d    t  r  r  i t   th  r   b  th bidd r th     tr  t i    i  r
t  r  i t  th    tr  t  r d    t

        th     t  th    tr  r  ti t r i t  d   r d    t  th  bidd r i  i  b  r        t
        i ri    th   r  r th t x   d  th       t   i t  bid   d th  bid   r  t i    i  b  t
        t  th  di   r

E   d     r  i i

## 52.228-11 PLEDGES OF ASSETS (Deviation 2020-O0016)

    i  i ti   A    d i  thi         r i i         tr  t  r i         th     r d  ri    th
    tr  t  r   r r   i r    t     tr  t  th   ri       b    r th    ti   t d t  t       tit   r
r i  d i   i t        tit     tr  t  th   ri     b   r th        i i d i  i             tit

*Additional bond protection.*

## 10. NOTICE OF BONDING REQUIREMENTS

### FAR 52.228-15 -- PERFORMANCE AND PAYMENT BONDS – CONSTRUCTION (APR 2020) (DEVIATION 2020-O0016)

## 11. KICKOFF MEETING

## 12. PRE-CONSTRUCTION MEETING

## 13. BASE ACCESS/IDENTIFICATION BADGES

A                                                                                        ME

            M  E  A  M        AM   E    E        A            A

ith  d  b          r     t r    ti   i    d i   ir  tr i      d      rit r    ti
    rt i di id        r    ir    t  r idd t th   r    tr ti        r        tr t r
    r     i    t b   d itt d t th    r   it   ith  t    r    A     r   ir      t  ib
    id  ti i di  t ti       i  r h    ti          i iti   r  r      ithi
        i iti   r  tri t       t        iti

## 14. UTILITIES FOR CONSTRUCTION AND TESTING

    h     tr t r h  b  r        ib   r bt i i     ith r r       i  b       r    t   r
    r     ti it         i       ti iti  r   ir d  r    tr ti     d t  ti     h     tr t r
    h    r id th     ti iti    t it  x        id  r t th    rr t ti it r t  d i r d t th
    b  i t   h      tr t r h   r  id   d  i t i    t     r r   ti it          ti  d
    di trib ti  i    d      t  r r   ir d t       r th      t    h ti it   d

## 15. DESIGN-BUILD CONTRACT- INCORPORATION OF DESIGNER OF RECORD
## FINAL DESIGN

        r     tr i t  d   t       th   i  r      rd i  d  d t    d
    i  d i    b i i   r    r        t  i t r   di i ti  h  b i   d t
    i  r  r t th i  d i   t th

    th     tr t r i   th ri d t  r   d ith   rti      th   r   r i r t  th       ti
    i  d i   r     r        t  i t r    di i ti  h  b i  d  r  h
        r    t    t d i  r     rd i  d  d t    d d i    b i i   r  h
    rti      th    r i   rd r t i   r  r t th t d i    b itt i t  th

## 16. CONTRACT CLAUSES

    A     tr  t     i th   i     tr t b r r    r    r  t xt r   i i     t
        r  d d b  thi

### THE FOLLOWING CLAUSES ARE INCORPORATED BY REFERENCE:

            r     d  tit    ri i ti       tr t r  r       A

            rti  Ex  ti          ti    d  i r t i r   b   tr t A rd

            r hibiti       tr ti   r  rd r    t  r  d r i          d  r
    r  id d b      r     b   d  th r   r d E titi     E

            r   t ti     rdi    rt i           i ti     d  id    r i
    r  i    r E  i    t

            r hibiti       tr ti   r  rt i         i ti    d  id
    r  i       r i    r E  i    t

A                                                                        ME

    M  E   A  M      AM   E    E       A        A


    r hibiti        tr  ti  t M iti  r E t b i h       tr   t   r
        h  t r i   i d t      A    t   rt i   b it      r   tti
E   A           A

        M     t d   rti       r   t  r   rt  A


        rd ri   r    r  t      r  A


*Applicable to Options for Furniture, Fixtures, and Equipment (FF&E) and Audiovisual
(AV) Equipment only.*

**THE FOLLOWING CLAUSES ARE INCORPORATED BY FULL TEXT:**

**FAR 52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF
WORK (APR 1984)**

    h    tr r r h  b r  ir d t                r   d r thi     ithi  **15**     d  r
    d    t  r     rd d t  b  r   t th   r di i  t   d        t  th  tir   r
    r  d  r    t  r th  **1,170 calendar days**  t r      rd d t  h ti  t t d r
        ti  h  i d  i          th  r  i

  E  d


**FAR 52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)**

    th    tr tr i t   t   t th   r   ithi th ti     i i di th     th
      tr tr h    i  id t d d      t  th   r  ti th    t  **the following**
    r  h   d r d   d    ti th   r i     t d r   t d

**PHASE**          **DESCRIPTION**                              **LDs (per day)**

    i          h  i   i A  t   d t  h  b   xi      **160**
            **360**   d r d   t r th  ti  t  r   d

    tr  ti       tr ti thr  h  i di         t         **15,844**

  b  th    r   t t r i t  t th    tr tr ri h t t r  d  i  id t d d       i
    ti  t  r   ti th  r i      t d  h  i  id t d d       r  i  dditi  t
    x   t  r  r h   d r th   r  i ti

  E  d

A                                                    ME
        M  E  A  M    AM  E    E      A        A

## FAR 52.211-14 NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE, EMERGENCY PREPARDENESS, AND ENERGY PROGRAM USE (APR 2008)

A      tr  t    rdd    r  t  thi    i  itti    i  b        rtdrdr  rtiid  r
  ti    d          r    r  rd      d    r    r        d  r th
  ri riti    d A  ti        t      A              d th    tr  t  r  i  b  r    ir d
  t              th  r  ir    t  thi  r      ti

 E  d    r  i i

## FAR 52.217-5 EVALUATION OF OPTIONS (JULY 1990)

Ex    t  h  iti d t  r  i  di      rd      ith  A        b    t t  b  i th
    r    t  b  ti t r t  th        r    t  i      t    r    r  rd  r      b
  ddi  th t  t    ri    r      ti    t  th t  t    ri    r th  b  i  r    ir    t E    ti
    ti    i    t  b i  t  th        r    t  t  x  r  i  th    ti

 E  d    r  i i

## FAR 52.217-7 OPTION FOR INCREASED QUANTITY -- SEPARATELY PRICED LINE ITEM (MAR 1989)

  h      r      t    r    ir th d  i  r    th      b  r d  i    it    id  ti i di  th
  h  d          ti    it    i  th    tit    d  t th    ri    t t di  th    h  d      h
    tr  ti      i  r      x  r i  th    ti  b    ritt      ti  t  th    tr  t  r ithi **365 calendar days**  r      rd        t    r  ti    t          thr    h      x  r  i
  th    ti  b    ritt      ti  t  th    tr  t  r ithi **180 calendar days**  r      rd
    t    r  ti    t          thr    h        d      x  r i  **at any time the unit priced items that are discovered during the TO**    r    ti    t          thr    h    b    d
  th    i  b  it        d    i  r      dd d it      h        ti    t  th        r  t th t  i
  it    r      d  r    d r th              th    rti    th  r  i      r

 E  d

## FAR 52.222-23 NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY FOR CONSTRUCTION (FEB 1999)

    h    r  r  tt  ti  i      d t  th  E        rt  it        d th  A  ir    ti
A  ti      i        ir    t  r    r  ti        thi    i  it  ti

b  h      r  i  rit    d      rti i  ti    x  r    d  i    r    t    r      r th
    tr  t  r    r    t    r    r  i    h tr  d        tr  ti      r  i  th      r d  r
  r

A                                                                                    ME

M    E    A    M        AM    E        E            A                A

| r  i  rit   rti i  ti    r    h     tr d | r          rti i  ti    r    h     tr d |
|---|---|
| 16.9% | 6.9% |

h         r    i b t    th    tr t r    tr ti   r  r r  di th    r d
r    th    tr t r r r      tr ti    r i    r hi   r    t d  t id
th    r d r  th    tr t r h      th      t b i h d  r th    r hi   r
h r th    r i t    r r d      r    b i h d  ri di    i th    d r
i t ri    ti    r    d th    ti      b  bt i  d r        i      d r
tr  t      i    r  r    i

h    tr t r    i      ith Ex   ti    rd r            d d    d th
r   ti   i            h  b  b  d

it  i        t ti    th E        rt  it

i i    ir ti    ti   b i ti    r  ir d b  th        tit d A ir    ti
A  ti        i        ir    t  r    tr ti        d

it    rt t    t th

h h  r    i  rit    d                t  d tr i i      t b  b t  ti      i  r
thr  h  t th    th  th      d i    h tr d   h      tr t r h          d  ith
rt t      i  riti    d          h    i t    r    t  h tr    r
i  rit  r            r tr i    r      tr  t r t    tr t r  r r    r    t t
r    t  r th      r      ti  th    tr t r      h  b   i    ti      th
Ex  ti    rd r          d d    d th  r    ti    i              i      ith
th      i  b      r d    i t th t t    r h  r    r r  d

d  h    tr t r h    r  id  ritt    ti i  ti  t th    t A i t    r t r    r
d r    tr  t    i      rt  t    b r  ithi    r i  d      i
rd      tr  ti    b  tr t i  x          t    ti r  r    tr ti      r
d r th    r    ti   r  thi   i it ti    h    ti i  ti   h    i t th

ddr    d t   h      b  r  th   b  tr t  r

E      r  id  ti i  ti    b r  th   b  tr t  r

E ti   t d d   r    t  th   b  tr  t

E ti   t d  t rti    d      ti   d t    th   b  tr  t   d

r hi   r  i  hi h th   b  tr t i  t b  r  r  d

A                                                                    ME

        M   E   A   M        AM   E      E         A          A

    A    di thi  ti     di        r   ti   r  thi   i it ti   th    r d r
i  **San Diego County**

 E d   r i i

**52.225-11 BUY AMERICAN-CONSTRUCTION MATERIALS UNDER TRADE
AGREEMENTS (NOV 2023)**

        i iti     A     di thi

    ribb     i    tr    tr ti    t ri         tr ti     t ri th t

        h    th r th r d t r      t r     ribb    i    tr  r

        th        tr ti    t ri th t   i ti i h   r i   rt   t ri   r
      th r    tr h b     b t ti    t r d i    ribb    i    tr i t
    d di  r t    tr ti    t ri di ti  r   th    t ri   r    hi hi t    tr    r  d

        r i    i b    th  h        it

    M       it         i  di     tr ti    t ri th t i

 i A     r i  r d t   di di   r r h      th d i iti          r i
  r d t  t  d r A  i iti     ti    A   ____

 ii  di  b t ti    titi i th     r i   r t      d

 iii   r d t th     r  t  d r   tr t r b  tr t t   ti r  ith t
   di i ti i th     r i  hi hi t i   di th     r i  r t       d

        ti  d b   r   d i di  _____  h   ri t r
  r d t  d tr    r d t

        t         rti    t ri  r     i  r rt d dir t i t     tr ti
  t ri

*Construction material*        rti    t ri  r    br  h t t th    tr ti  it
b th   tr t r r b  tr t r r i  r r ti i t th b i di  r  r  h t r
i  d  t  br  h t t h it  r     b d r  rti    t ri   r i
     r   r i  t   t     h    r  i h ti i r  r  d  di
    ti  t  th t r di r t  t  i  r rt d i t    bi b i di  r  r  d
th t r  r d d     t   t  r    t d i    d di ti  t   tr ti
   t ri r  r d     h   r h  th i di i d    rt r      t   th     t   r
d i r d t th   tr ti  i t M t ri   r h  d dir t  b th     r    t r
    i  t  tr ti  t ri

*Cost of components*

*Critical component*

*Critical item*

*Designated country*

*Designated country construction material*

*Domestic construction material*

*Fastener*

*Foreign construction material*

*Foreign iron and steel*

*Free Trade Agreement country construction material*

*Least developed country construction material*

*Predominantly of iron or steel or a combination of both*

*Steel*

*United States*

*WTO GPA country construction material*

A                                                                    ME

    M   E   A   M      AM   E      E       A            A

   i d    t  th ir    d t     t  t  th    tr ti    tr i   x  di
      t  r       A  _____         dditi  th    tr ti    i r h
d t r  i  d th t th      A  d r    r d A r   t    A       t thi
   i iti    h r  r  th     A  ri  r tri ti    r   i  d  r d  i  t d
   tr    tr ti    t ri

   h    tr t r h          d  ti  r d  i  t d    tr    tr ti
   t ri  i  r  r  i  thi      tr t x  t   r  id d i   r  r h b       d
b     thi

   h r   ir    ti    r  r h b    thi      d    t    ti  r    ti
t  h     th t i      r i  r d t  r t  th    tr ti    t ri    r
         t  i t d b  th     r    t

*None*

   h    tr ti    i  r    d d th r  r i    tr ti    t ri  t th  i ti
   r  r h b    thi    i th     r    t d t r  i   th t

      i  h    t  d    ti    tr ti    t ri    d b   r    b

         A  *For domestic construction material that is not a critical item or*
         *does not contain critical components*

            *(1)*  h    t    rti   r d   ti    tr ti    t ri
                 b  t t  th r tri ti    th    A  ri    t t  i
                 r   b   h   th    t    h   t  ri  x  d th     t
                 r i    t ri b    r th     r  t

            *(2)*  r   tr ti    t ri th t i  t     it   d d
                 t   i t  h    r r d i t   ir   r t   r
                 bi ti    b th i th    t    rti   r d   ti
                 tr ti    t ri  i d t r i  d t  b   r    b   r th r
               i  d   ti    r r  i  d  d th    ri  r  r i
                 tr ti    t ri th t d    t x  d   r   t d   ti
                 t  t  th    tr ti    i  r  i  tr  t th     t   r
                 r i    tr ti    t ri th t i     t r d i  th    it d
               t  t   d x  d    r   t d   ti   t  t  d   ti
                 r  d d t r i   h th r th    t   th t  ri
                 r    b   b    i  th     ti    t ri t d i
               r  r h b    i  A *(1)*    thi

            *(3)*  h  r  d r i    r  r h b    i  A *(2)*    thi
               i       r          r

*For domestic construction material that is a critical item or contains critical components*

A                                                                    ME

M  E   A  M     AM    E     E         A          A

| Foreign and Domestic Construction Materials Price Comparison | | | |
|---|---|---|---|
| Construction Material Description | Unit of Measure | Quantity | Price (Dollars)* |
| Item1 | | | |
| Foreign construction material | —— | —— | —— |
| Domestic construction material | —— | —— | —— |
| Item1 | | | |
| Foreign construction material | —— | —— | —— |
| Domestic construction material | —— | —— | —— |

*Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued*

*List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary.*

*Include other applicable supporting information.*

E  d

## FAR 52.225-12 NOTICE OF BUY AMERICAN REQUIREMENT-CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS (MAY 2014)

*Definitions.*        r      i    b      th   h         it          tr  ti
t r i    d  i  t  d   tr    tr  ti   t r i   d    ti    tr  ti    t r i    d
r i     tr  ti    t r i        di thi  r  i i    r d i  di  th           thi
i  it ti   tit d      A r i     tr  ti  M t ri        d r r d A r      t
d r A  i iti       ti   A

b  *Requests for determination of inapplicability*  A      r r r    ti    d t r i  ti
r  rdi thi    i  bi it   th     A  ri    t t  h   d   b  it h r    t t h
tr  ti   i  r i it   t      d t r ti b  r  b i i      r  h    r r
h  i d thi   r ti    d    i  b      rti   d t r  ir d b  r  r h      d
d  A          i th r    t        r r h    tr    t d  d t r i ti
r  rdi thi   i  bi it   th     A  ri    t t b  r  b itti  it   r r h
tr  i  d r       t  r  i   r    t th     r r h  i d thi  r  ti    d
rti   d t  i th     r

E    ti       r

**DFARS 252.204-7019 NOTICE OF NIST SP 800-171 DOD ASSESSMENT REQUIREMENTS (NOV 2023)**

*Definitions*

A                                                                    ME

M  E  A  M        AM  E     E          A            A

rd    tr t ri r  ti      t   h  th    i   i  i th
rdi        r d            r  ti   d  b r  id  t   rti      thi
i it ti

b *Requirement.*    rd r t  b     id r d  r   rd i th    r r i r   ir d t i      t
th    r r h  h     rr  t           t  *i.e.,*  t  r th      r
d        r ti   i   i i d i th   i it ti             r   h   r d
tr tr i r   ti   t   th t i r    tt th    r   tr t    rd i r rd r
h   i M di    d i h                A       t  r d  rib d i th
A      t M th d      t d
t htt        d i  d d    b r d       rd i
A      t M th d    r i              d

*Procedures*

h   r r h   ri  th t    r       r      rr t
A    t i   t  r th    r d        r ti  i   i i d i
th   i it ti   r  t d i th    i r  r r    i  t          r
r d  tr tr i r  ti   t   r   tt th   r

th   r r d    th    r      r      rr t
A    t i   t  r th    r d        r ti  i   i i d i
th   i it ti    t d i    th    r r     d t d b it   i
A      tt  r  ti  t    i th  r  t id t i i d i  r r h d   thi
r i i

d *Summary level scores*       r       r  r       t i  b   t d  d
t      ti   t  r  id          t  i ibi it i  t  th      r
r   tr t i      t

*Basic Assessments* A    r r        th  r  d r i   r r h
thi  r i i   r  ti   i A    t t

i  h   i  h  i  d  th    i  i  r  ti

A   b r  rit  t d  rd      d

r  i  ti    d  ti   th       t      tr tr r
t

r  h  t    rit        rit  r  ir   t
rti   th  r r          tr t

A  i d  tr    r i   d   r  t E tit   A E
d      i t d  ith th  i  r  ti   t    d d r  d b
th   t    rit      d

*Medium and High Assessments*

*Accessibility*

**DFARS 252.204-7020 NIST SP 800-171 DOD ASSESSMENT REQUIREMENTS (NOV 2023)**

*Definitions*

A                                                                        ME
        M   E   A   M       AM   E      E        A           A

A        t   d  rib d i                          A          t M th d
 t htt                d   i   d d        b r d              rdi
A        t M th d       r i                    d  i          r


d *Procedures*        r         r   r          t  i  b   t d i th    i r
  r  r    i   t           t  r id              t  i ibi it i t th       r
        r    tr t i         t


        *Basic Assessments* A   tr  t r     b  it i    r t d  i        r
        r     i A    t   d t d i    rd       ith th
        A        t M th d      t   r ti  t


      i  h    i h  i   d th     i  i  r ti


           A    r i                       i t  hi h th          t
           d  t d


            r   i ti    d ti   th          t         tr  t r
                t


            r   h  t        rit        rit r  ir     t
            rti   th   r r                     tr  t


             *1* A  i  d  tr     r i  d    r    t E  tit   A  E
             d        i t d  ith th i   r ti     t     ddr    d b
             th   t       rit        d


             *2* A  bri  d   ri ti    th   t      rit      r hit  t r
             i   r  th              xi t


            t  th            t            t d


         E      r       r           t            th  i  di id
            r  h r  ir   t


            t  th t  r   ir    t  r x  t d t  b  i        t d i
            r       i x  t d t  b   hi   d b  d   i  r ti    th r d
            r       i t d           ti   d        d i    rd      ith


       ii      ti    t        rit      r  ddr   d i th    i d   rib d t
       r  r h  b  i  thi   ti   th    tr t r  h     th        i
       r   t  r th  r    rt

A                                                                ME
    M   E   A   M        AM    E      E         A          A

| t rit | A E d rt d b thi | ri d ri ti th r hit t r | t t | t r | t r hi d |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

M di      d i h A      t      i   t th    i  M di     d r
  i h A      t     r    r t      r   h   t     rit
      d

      i   h   t   d rd         d

      ii   r   i ti     d ti  th        t        MA  r      i i
          r   i ti  id ti i d b     rt  t         A ti it Addr      d
          AA

      iii  A  i d  tr  A E  d        i t d  ith th i  r   ti        t
          ddr   d b  th     t      rit

      i  A bri  d  ri ti     th   t      rit      r hit  t r i    r th
             t        rit     xi t

          t    d       th        t i     di   r hi h

      i       r       r           t          t th  i di id
          i  d  r   h r   ir    t

      ii   t th t  r   ir   t r x   t d t b i       t d i          r
          i  x   t d t b   hi  d b   d   i  r ti    th r d r
          i t d         ti   d      d i    rd     ith

*Rebuttals*

      i   r  id M di     d i h A     t    r        r   t th
  tr  t r  d   r th     rt it  r r b tt    d d di ti              t
      r        r   r i r t   ti  th      r      r  t
      r   id [htt        r   d di   i  d     A   rd   d](htt)

## Accessibility

## DFARS 252.216–7010 POSTAWARD DEBRIEFINGS FOR TASK ORDERS AND DELIVERY ORDERS (DEC 2022)

A                                                                    ME
            M   E   A   M       AM   E     E         A          A

        ithi   d   t r   t   rd d bri i     d r A       i       d d i
        rd     ith           d r A  i iti         ti           t           b  E d


**DFARS 252.232-7006 WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS
(JAN 2023)**

        i  b       t d t   rd


 E d


## 17. STANDARD PAYMENT INSTRUCTIONS

    A                   b       t  tr ti     h t d rd       ti  tr  ti
    id  ti i d i th       i   i   r     i  b t thi

    htt              d  i d   d r  i  i ht   rr  t             ht        ti  tr  ti
    —


## 18. AUTHORITY

            r   th r th   th     tr  ti     i  r h     th ri t t bi d th     r   t  ith
    r    t t  thi

            ti   r  i i         r   t       rr r   t ti   th r th   th
            tr  ti     i  r h  i  r     r d r   th         thi     r  h    th r  i
            di   th  t r   d   diti     thi

            t  h       th     i  b     ti   r bi di     th     r     t  r
    i   t d t  th     tr  ti     i r  ith r   t t thi

        A   d r t  di   r   r     t b t     th     tr  t r  d       th r th   th
            tr  ti    i  r

    b  A   r  rt d   di i ti   r  h     rd r i     d b       th r th   th
            tr  ti    i  r

        A  r  i  b       th r th  th     tr  ti     i r t r  id  dditi       di
        r           t   r

    d  A   rd r dir ti     t  r r i i   r         th r th   th     tr  ti
        i   r t

        i       r    t i x       i i d ti t d  t   t   t     d  r th r
            i i     r

A                                                                    ME
        M   E   A   M        AM   E    E        A        A

    ii    Ex   d h   r   i   x            i i d            rt

## 19. THE FOLLOWING DEPARTMENT OF LABOR WAGE DETERMINATION
##     APPLIES TO THIS SOLICITATION

        t  r  i  ti   Att  h   t        r    i i      b r  A        M di i  ti
              b r
    r   d d     r     i i      b r  A
    r    r  tr  ti    t t    i  r i
      tr  ti          i di        d  r d i    i h     d   id  ti
       ti       i     t  i    i r i