# Exhibit B

**AMENDMENT 0014**
**Date: 09 July 2025**

**Solicitation No. :** N62473-23-D-1012; Planned Task Order N6247325RF002
**CS / Phone /Email:** Carl Boudro / 619-705-4655 / carl.c.boudro.civ@us.navy.mil
**Project Title:** P-2002 Combat Logistics Battalion Marine Expeditionary Unit Complex Camp Pendleton, California

1. The purpose of this Amendment 0014 is to incorporate the Project Labor Agreement (PLA) requirement into the solicitation.

2. Revise Section 6 Proposals, under 'Instructions for Electronic Submission of Proposals are Provided Below:' to remove Project Labor Agreement (PLA) requirement.

    **FROM:**

    **INSTRUCTIONS FOR ELECTRONIC SUBMISSION OF PROPOSALS ARE PROVIDED BELOW:**
    Proposals shall be submitted electronically using the Department of Defense (DoD) Solicitation Module in the Procurement Integrated Enterprise Environment (PIEE) located at https://piee.eb.mil/. Offerors are instructed to electronically submit their complete proposal in two (2) separate files, formatted in Portable Document Format (PDF) with a .pdf file extension as follows:

    File #1: Factor 1, Technical Solution

    File #2: Factor 2, Price:
    1. Required Documents
    - Completed and signed Offer Schedule (Attachment C), with acknowledgement of amendments.
    - Bid Bond (in the amount of 20% of the offer price or $3,000,000, whichever is less)
    2. Responsibility Determination Documentation
    - Current VETS-4212 registration
    - Completed provision(s), representations, and certifications: FAR Provisions 52.204-24 Representation Regarding Certain Telecommunications and Video Surveillance Services or Equipment (NOV 2021), 52.204-29 Federal Acquisition Supply Chain Security Act Orders – Representations and Disclosures (DEC 2023), and 52.219-1 Small Business Program Representations (FEB 2024) (Attachment D)

    Award of this TO, or any commitment for payment by the Government, is contingent upon the availability of funds. Any costs incurred prior to award (i.e. those occasioned by preparation of your proposal, travel, or investigation to the project site) shall be at your own cost and expense and shall not be reimbursed by the Government.

    **TO:**

    **INSTRUCTIONS FOR ELECTRONIC SUBMISSION OF PROPOSALS ARE PROVIDED BELOW:**

    Proposals shall be submitted electronically using the Department of Defense (DoD) Solicitation Module in the Procurement Integrated Enterprise Environment (PIEE) located at https://piee.eb.mil/. Offerors are instructed to electronically submit their complete proposal in two (2) separate files, formatted in Portable Document Format (PDF) with a .pdf file extension as follows:

    File #1: Factor 1, Technical Solution

    File #2: Factor 2, Price:
    1. Required Documents
    - Completed and signed Offer Schedule (Attachment C), with acknowledgement of amendments.
    - Bid Bond (in the amount of 20% of the offer price or $3,000,000, whichever is less)
    2. Responsibility Determination Documentation
    - Current VETS-4212 registration
    - Project Labor Agreement (PLA)

- Completed provision(s), representations, and certifications: FAR Provisions 52.204-24 Representation Regarding Certain Telecommunications and Video Surveillance Services or Equipment (NOV 2021), 52.204-29 Federal Acquisition Supply Chain Security Act Orders – Representations and Disclosures (DEC 2023), and 52.219-1 Small Business Program Representations (FEB 2024) (Attachment D)

Award of this TO, or any commitment for payment by the Government, is contingent upon the availability of funds. Any costs incurred prior to award (i.e. those occasioned by preparation of your proposal, travel, or investigation to the project site) shall be at your own cost and expense and shall not be reimbursed by the Government.

3. Revise Section 8 Basis of Award under Evaluation Factors, 'Responsibility Determination Documentation' to remove Project Labor Agreement (PLA) requirement.

**FROM:**

**RESPONSIBILITY DETERMINATION DOCUMENTATION**

The following documentation is a solicitation submittal requirement and shall be submitted within File #2 of the complete proposal:

1) Current VETS-4212 registration. Upon the successful submission of a VETS-4212 report, federal contractors will receive an email confirmation of receipt notification for their records. Offerors shall include a copy of their confirmation notification email in their proposal as verification of submission for the current reporting period. DO NOT SUBMIT A COPY OF THE REPORT ITSELF.

3) Completed provision(s), representations, and certifications: FAR Provisions 52.204-24 Representation Regarding Certain Telecommunications and Video Surveillance Services or Equipment (NOV 2021), 52.204-29 Federal Acquisition Supply Chain Security Act Orders – Representations and Disclosures (DEC 2023), and 52.219-1 Small Business Program Representations (FEB 2024) (Attachment D).

**TO:**

**RESPONSIBILITY DETERMINATION DOCUMENTATION**

The following documentation is a solicitation submittal requirement and shall be submitted within File #2 of the complete proposal:

1) Current VETS-4212 registration. Upon the successful submission of a VETS-4212 report, federal contractors will receive an email confirmation of receipt notification for their records. Offerors shall include a copy of their confirmation notification email in their proposal as verification of submission for the current reporting period. DO NOT SUBMIT A COPY OF THE REPORT ITSELF.

2) Project Labor Agreement (PLA). Executive Order 14063, Executive Order on Use of Project Labor Agreements for Federal Construction Projects, mandates that Federal Government agencies require the use of PLAs for large-scale Federal construction projects (including orders under indefinite-delivery indefinite quantity (IDIQ) contracts) within the United States where the total estimated cost to the Government is $35 million or more, unless an exception applies. Additionally, subcontractors are not required to sign the PLA prior to submission, but in accordance with FAR Provision 52.222-33, Notice of Requirement for Project Labor Agreement, the Offeror shall require its subcontractors to become a party to the resulting project labor agreement. FAR section 22.502 defines a PLA as "a pre-hire collective bargaining agreement with one or more labor organizations that establishes the terms and conditions of employment for a specific construction project and is an agreement described in 29 U.S.C. 158(f)."Reference provision 52.222-33, Notice of Requirement for Project Labor Agreement, and clause 52.222-34 Alternate II, Project Labor Agreement in section 16 of this RFP. Failure to provide a PLA, when required with the offer, will result in a proposal that is deemed non-responsive to the solicitation and ineligible for award.

3) Completed provision(s), representations, and certifications: FAR Provisions 52.204-24 Representation Regarding Certain Telecommunications and Video Surveillance Services or Equipment (NOV 2021), 52.204-29 Federal Acquisition Supply Chain Security Act Orders – Representations and Disclosures (DEC 2023), and 52.219-1 Small Business Program Representations (FEB 2024) (Attachment D).

4. If there is a resultant change to your last price Offer submission, please submit an amended price offer by 2:00 PM (Pacific Time), on Wednesday, 23 July 2025. The amended price offer(s) must be submitted through the PIEE system. Offeror(s) who submit an amended price offer shall also submit a letter from their surety stating that the latest Bid Guarantee submitted with your offer is still valid and covers the offered price. If the bond is not valid, Offerors shall provide a new bid guarantee. If there is no change to your price as a result of the amendment, no surety letter is required.

5. If there is no change to your price as a result of this amendment, please fill in and submit the following acknowledgement no later than the date and time stated above.

6. As a result of this amendment, the PIEE site response due date is revised to no later than 2:00 PM (Pacific Time), on 23 July 2025.

7. ALL OTHER PARAGRAPHS, PROVISIONS, AND CONDITIONS TO N62473-23-D-1012 PLANNED TASK ORDER N6247325RF002 REMAIN UNCHANGED. THE OFFEROR MUST ACKNOWLEDGE RECEIPT OF ALL AMENDEMENTS ON THE OFFER SCHEDULE.

NAME OF THE OFFEROR: _____

ADDRESS: _____
_____
_____

SIGNATURE OF PERSON AUTHORIZED TO SIGN OFFER

Signature:_____            Date:_____

Printed Name:_____

Enclosures: (1) Offer Schedule dated 07 January 2025

**NOTES:**

1. The offeror must acknowledge receipt of all amendments on the offer schedule.
2. All other paragraphs, provisions, and conditions to this proposed task order remain unchanged.